IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


VALARIE Y. WHITE,
      Plaintiff,

v.                             Case No.:  3:07cv46/LAC/EMT

MICHAEL J. ASTRUE,[1]
Commissioner of Social Security,
      Defendant.
_____/

## ORDER, REPORT AND RECOMMENDATION

      This action was initiated under the Social Security Act to obtain judicial review of the Commissioner's final decision denying Plaintiff's claim for benefits (Doc. 1).  Pending is the Commissioner's Motion to Remand pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. 5).  The Commissioner has certified that Plaintiff has no objection to this motion (*id.* at 3).

      Sentence six remands may be granted on the Commissioner's motion before an answer is filed for good cause or, alternatively, upon a showing that there is new, material evidence and good cause for the failure to incorporate such evidence into the record.  *See* <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 100, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991) (explaining the difference between sentence four and sentence six remands under 42 U.S.C. § 405(g)).  In the instant case, the Commissioner has not yet filed an answer and seeks remand to complete the administrative record because significant portions of the recording of the administrative hearing held on June 28, 2005 are not audible (Doc. 5 at 2).  The Commissioner asserts that upon receipt of this court's remand order, the Appeals Council will remand this case to an Administrative Law Judge to conduct a de novo hearing (*id.*).

---

[1]Michael J. Astrue succeeded Linda S. McMahon, and is presently the Commissioner of Social Security.  Therefore, he is automatically substituted as Defendant.  *See* Fed. R. Civ. P. 25(d)(1).

Based upon the foregoing, the undersigned believes there is good cause for the requested remand.

Accordingly, it is **ORDERED**:

1.      The clerk of court is directed to change the docket to reflect that Michael J. Astrue substituted for Linda S. McMahon as Defendant.

And it is respectfully **RECOMMENDED**:

1.      That the Commissioner's motion to remand (Doc. 5) be **GRANTED**.

2      That this cause be **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with this Report and Recommendation.  As the court retains jurisdiction of this case during the period of remand, judgment should not be entered at this time.

3.      That the Commissioner be required to advise the court of the status of these proceedings **SIXTY (60) DAYS** from the date of docketing of this Report and Recommendation and every forty-five days thereafter.

4.      That the file be returned to the magistrate judge upon the Commissioner's filing the first status report and every status report thereafter.

At Pensacola, Florida this 13th day of April 2007.


                          /s/ Elizabeth M. Timothy
                          **ELIZABETH M. TIMOTHY**
                          **UNITED STATES MAGISTRATE JUDGE**



<u>**NOTICE TO THE PARTIES**</u>

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**


Case No.:  3:07cv46/LAC/EMT